1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   KAREN A. ESCOBAR
3  Assistant United States Attorneys
   United States Courthouse
4  2500 Tulare Street, Suite 4401
   Fresno, California 93721
5  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
6
   Attorneys for Plaintiff
7

8
                    IN THE UNITED STATES DISTRICT COURT FOR THE
9
                          EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,           )  1:10-CV-01486-AWI-GSA
12                                     )
               Plaintiff,              )  **STIPULATION TO STAY CASE AND TO**
13                                     )  **VACATE SCHEDULING CONFERENCE;**
         v.                            )  **ORDER THEREON**
14                                     )
   REAL PROPERTY LOCATED AT 1904       )
15 LEE STREET, ALEXANDRIA,             )
   LOUISIANA, RAPIDES PARISH,          )
16 APN: 24-0389-35143-000101, INCLUDING)
   ALL APPURTENANCES AND               )
17 IMPROVEMENTS THERETO, and           )
                                       )
18 REAL PROPERTY LOCATED AT 1740       )
   MONROE STREET, ALEXANDRIA,          )
19 LOUISIANA, RAPIDES PARISH,          )
   APN: 24-039-35186-000202, INCLUDING )
20 ALL APPURTENANCES AND               )
   IMPROVEMENTS THERETO,               )
21                                     )
               Defendants.             )
22 _____)

23       IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and

24 Potential Claimants Edwan Dablan and Millenium 1, LLC as follows:

25       1.    Potential Claimant Edwan Dablan is presently facing federal criminal charges in the

26 Eastern District of California, *United States v. Edwan Dablan, et al.*, 1:10-CR-00173-AWI, allegedly

27 relating to transactions or events which form the basis for this civil forfeiture action.

28 ///

2. The parties recognize that proceeding with this action has potential adverse affects on the prosecution of the related criminal case and/or upon Potential Claimant Edwan Dablan's right against self-incrimination in the related federal criminal case.

3. Publication of the civil forfeiture action has completed and to date neither Edwan Dablan, Millenium 1, LLC, nor any other potential claimants have filed claims, answers, or otherwise appeared in this action.

THEREFORE, the parties to this action stipulate and request as follows:

1. Pursuant to 18 U.S.C. § 981(g), this action be stayed pending the conclusion of the federal criminal action presently pending against Edwan Dablan in the Eastern District of California;

2. The Scheduling Conference in the civil case scheduled for February 14, 2011, at 9:00 a.m. in Courtroom 10 before Magistrate Judge Gary S. Austin be vacated; and,

3. The parties are to promptly notify the Court when the criminal case resolves.

Dated: November 18, 2010                    BENJAMIN B. WAGNER
                                            United States Attorney


                                            /s/ Kelli L. Taylor
                                            KELLI L. TAYLOR
                                            Assistant United States Attorney


Dated: November 12, 2010                    /s/ Daniel A. Bacon
                                            DANIEL A. BACON
                                            Attorney for Potential Claimants
                                            Edwan Dablan and Millenium 1, LLC
                                            (Original signature retained by attorney)


IT IS SO ORDERED.

Dated:   **November 23, 2010**              /s/ **Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE